UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RIOS, | Case No. 2:23-cv-01486-ART-BNW |
| Plaintiff, | ORDER |
| v. | |
| DENTAL ASSISTANT, et al., | |
| Defendants. | |

On January 12, 2024, the Court issued an order accepting Plaintiff's proposed second amended complaint as the operative complaint in this case and screening the second amended complaint under 42 U.S.C. § 1983. (ECF No. 8 at 1.)  However, in the conclusion section of the Court's order, the Court inadvertently ordered that Clerk of the Court to file Plaintiff's initial complaint, rather than the second amended complaint. (*Id.* at 7.)

For the foregoing reasons, it is ordered that the Clerk of the Court will file the second amended complaint and send Plaintiff a courtesy copy of the second amended complaint. This is the operative complaint in this case.

DATED THIS 5th day of March 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1