# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RIOS,<br><br>              Plaintiff,<br><br>v.<br><br>DENTAL ASSISTANT, *et al.*,<br><br>              Defendants. | Case No. 2:23-cv-01486-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Thomas Rios, *pro se*, and Interested Party, the Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby

///
///
///
///
///
///
///
///

stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 19 of march 2024.

By: /s/ Thomas Rios
Thomas Rios, #1095769
*Plaintiff, pro se*

DATED this 1st of May 2024.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus (Bar No. 15889)
Deputy Attorney General
*Attorneys for Interested Party, NDOC*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: May 2, 2024